**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**New Albany Division**

| | |
|---|---|
| REGINA R. MILLER, ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | **Cause No. 4:17-CV-00167-RLY-TAB** |
| ) | |
| WELLS FARGO HOME MORTGAGE, INC., ) | |
|     *Defendant*. ) | |

## ORDER OF DISMISSAL

    Plaintiff, Regina R. Miller, by counsel has moved this court to dismiss Defendant from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

    IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant are dismissed, with prejudice, each party to bear its own costs and fees. This matter is now concluded in its entirety.

Date:   1/02/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.